UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

**FILED**

99 JAN 14 PM 1:26

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| LEROY C. MORGAN | ) | |
| Petitioner, | ) | |
| vs. | ) | CV96-S-1257-NE |
| WARDEN LEONEAL DAVIS AND BILL PRYOR, ATTORNEY GENERAL FOR THE STATE OF ALABAMA, | ) ) | |
| Respondents. | ) | |

**ENTERED**

JAN 1 4 1999 CM

## MEMORANDUM OF OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to adopted and approved. The court hereby ADOPTS and APPROVES the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accordance with the recommendation, this petition for writ of habeas corpus is due to be dismissed with prejudice. An appropriate order will be entered.

DONE this 14th day of January, 1999.

United States District Judge

17